# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ANDREW JAMISON**                                                                                            **PETITIONER**

**v.**                                  **No. 3:18CV207-MPM-RP**

**JIM HOOD**                                   **RESPONDENT**

## ORDER DIRECTING STATE TO RESPOND

Andrew Jamison has filed a petition for relief under 28 U.S.C. § 2241. It is **ORDERED:**

1. That no later than January 31, 2019, respondent, through Jim Hood, Attorney General of the State of Mississippi, file his answer to this action, along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the calculation of his sentence on convictions of attempted armed robbery and possession of a stolen firearm in the Circuit Court of DeSoto County, Mississippi (to the extent such are relevant to the State's response).

2. That within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys General Jerrolyn Owens and Kelly McLeod. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 16th day of November, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE